James DENSON, Petitioner–Appellant,

v.

UNITED STATES of America, Respondent–Appellee.

No. 02–6540.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2002.

Decided June 27, 2002.

James Denson, Appellant Pro Se.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

James Denson appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Denson v. United States,* No. CA–01–

4604–6 (D.S.C. Mar. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*